UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:14-cr-136-T-30TGW

AARON EDWIN REMALEY


**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States of America's

Motion for a Preliminary Order of Forfeiture (Doc. 93) for the following real

property, as a substitute asset in partial satisfaction of the defendant's $284,250.00

forfeiture money judgment:

> The real property, including all improvements thereon and appurtenances
> thereto, located at 13415 Lynnetree Lane, Riverview,  Florida 33615, more
> particularly described as follows:
>
> Lot 27, Block 4, Colonial Hills – Phase 4, according to the map or plat
> thereof, as recorded in Plat Book 89, Page 14, of the Public Records of
> Hillsborough County, Florida.
>
> Parcel ID: U0131205OZ00000400027.0

Being fully advised of the relevant facts, the Court hereby finds that a

Forfeiture Money Judgment was entered against the defendant in the amount of

$284,250.00 and that the United States is entitled, pursuant to 21 U.S.C. § 853(p)

and the defendant's plea agreement, to forfeit substitute assets to satisfy that

money judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 93) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, the defendant's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law.

The United States shall credit the defendant's forfeiture money judgment with the net proceeds from the substitute asset.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 16th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-136 forfeit Remaley 93.docx

2